No. —, original. Ex PARTE LOUIS BURALL. March 3, 1941. The rule to show cause is discharged and the motion for leave to file petition for writ of mandamus is denied, without prejudice to the petitioner's right to present a petition for a writ of habeas corpus to the United States District Court for the Northern District of California.

No. —, original. Ex PARTE OPAL O. MEADOWS; and No. —, original. Ex PARTE TAYLOR SEALS. March 3, 1941. The motions for leave to file petitions for writs of habeas corpus are denied.

No. 814. VERNON v. WILSON, WARDEN. March 6, 1941. Upon consideration of the application of counsel for the petitioner in the above-entitled cause for a stay of execution of the sentence of death upon the said Joe Vernon;

It is ordered that execution of the judgment and sentence of the Supreme Court of Alabama entered March 28, 1940, in the case therein entitled *Joe Vernon v. State of Alabama,* be, and the same hereby is, stayed pending the consideration and final determination by this Court of the petition for writ of certiorari herein filed this day.